IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DONNA CAIN AND STEVE ROGIAN                                                          PLAINTIFFS

v.                                    Case No. 4:10-CV-04011

NEVADA COUNTY SCHOOL DISTRICT                                                        DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs Donna Cain and Steve Rogian's Motion for Summary Judgment (Doc. 20) is **DENIED**, and Defendant Nevada County School District's Motion for Summary Judgment (Doc. 23) is **GRANTED**.  This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED this 20th day of December 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE